# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAL WILLIAM GOODWIN,<br><br>        Petitioner,<br>  v.<br><br>D. SHINN, Warden,<br><br>        Respondent. | Case No. CV 16-02432-GW(AFM)<br><br>**JUDGMENT** |

    Pursuant to the Order Summarily Dismissing Habeas Petition for Lack of Subject Matter Jurisdiction,

    IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: January 10, 2017

                                                                 */s/ George H. Wu*
                                               _____
                                                         GEORGE H. WU
                                          UNITED STATES DISTRICT JUDGE